UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| APD TECH, LLC; ca APD SERVICES, LLC, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-00895 |
| EMERITUS EQUITY HOLDINGS, LLC, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER ADOPTING MEMORANDUM AND RECOMMENDATION**

Pending in the above-referenced cause is Plaintiffs' Motion for Default Judgment (Document No. 113), in which Plaintiffs seek a Default Judgment against Defendants Inovacor, LLC; Inovacor ICS, LLC; Wolf Creek Capital Management Co., LLC; Donald H. Kelly; Lynn E. Kelly; David Anchim; and John Sweeney. On November 9, 2017, the Magistrate Judge issued her Memorandum and Recommendation ("M&R") recommending that Plaintiffs' Motion be granted, and that a Default Judgment be entered against Defendants Inovacor, LLC; Inovacor ICS, LLC; Wolf Creek Capital Management Co., LLC; Donald H. Kelly; Lynn E. Kelly; David Anchim; and John Sweeney. Document No. 137. Defendants filed no objections to the Judge's M&R, and upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Document No. 137) is **ADOPTED.** Plaintiffs' Motion for Default Judgment (Document No. 113) is **GRANTED** and **DEFAULT JUDGMENT** is entered against Defendants Inovacor, LLC; Inovacor ICS, LLC; Wolf Creek Capital Management Co., LLC; Donald H. Kelly; Lynn E. Kelly; David Anchim; and John Sweeney, jointly and severally, in the amount of $15,000,000.00.

SIGNED at Houston, Texas, this 7th day of December, 2017.

                                                MELINDA HARMON
                                    UNITED STATES DISTRICT JUDGE